B 1 (Official Form 1) (1/08)

**United States Bankruptcy Court**
**Central District of California**

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**PONY EXPRESS LAND, PROPERTY & INVESTMENTS, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**33-1023280** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**42389 Winchester Rd. Suite B**<br>**Temecula, CA**<br>ZIP CODE **92590** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Riverside** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box.)

- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

-----

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

FILED SEP 22 2009 CLERK U.S. BANKRUPTCY COURT CENTRAL CALIFORNIA Deputy Clerk

**Estimated Number of Creditors**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| B 1 (Official Form 1) (1/08) | | Page 2 |
|---|---|---|
| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** <br> PONY EXPRESS LAND TITLE & INVESTMENTS LLC | |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: Central District of California | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ <br> Signature of Attorney for Debtor(s)  (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☐ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form) 1 (1/08) | Page 3 |
|---|---|
| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s): <br> **PONY EXPRESS LAND TITLE & INVESTMENTS LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)
**Adam Van Susteren**
Printed Name of Attorney for Debtor(s)
**Ruyle & Ruyle**
Firm Name
**8880 Rio San Diego Dr., Suite 1000**
Address **San Diego, CA 92108**

Telephone Number
**6192992326**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
**David Wakefield**
Printed Name of Authorized Individual
**Director** / MANAGER
Title of Authorized Individual

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X _____

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
| In re Pony Express Land, Property + Investments, LLC Debtor(s). | CHAPTER: 11<br>CASE NO.: |

# Form 4.
# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) | |
|---|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, govern-ment contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] | |
| Creditor | Address | Amount | disputed, contingent, unliquidated, setoff | Contact Name | Phone # |
| Central Pacific Bank | PO Box 135010, Honolulu, HI 96801 | 6,960,190.75 | Disputed | | 800-342-8422 |
| Central Pacific Bank | PO Box 135010, Honolulu, HI 96801 | 235,000.00 | Disputed | | 800-342-8422 |
| Riverside County Tax | PO Box 1240 Riverside, CA 92502 | 170,282.75 | Contingent | | 951-955-3900 |
| Architects Orange | 144 N Orange St, Orange, CA 92866 | 121,034.95 | Disputed | Hugh Rose | 714-639-9860 |
| Eastern Municipal Water District | PO Box 8301 Perris, CA 92572 | 75,000.00 | Contingent | | 951-928-3777 |
| Primus Contracting | 1409 South 600 West, Ste D Bountiful, UT 84010 | 47,694.92 | Disputed | Devan Knight | 951-461-0513 |
| Joyce & Joyce | PO Box 9056 La Jolla, CA 92038 | 33,060.78 | Contingent | Robert Joyce | 858-454-2018 |
| Earl Frazer Construction, Inc. | 12139 Mt Vernon Ave #210, Grand Terrace, CA 92313 | 32,910.35 | Contingent | Earl Fraser | 909-783-2243 |
| Lipsey, Youngren Means Ogren | 525 B Street, Ste 1750, San Diego, CA 92101 | 23,000.00 | Disputed | David Smith | 619-234-0877 |
| Medical Realty Corporation | 24016 Colmar Lane, Murrieta, CA 92562 | 14,114.04 | Disputed | | |
| RGI Utility Consultants | 3480 Hamner Ave., Norco, CA 92860 | 6,480.04 | Contingent | | 951-279-7900 |
| Land Development Design Corp | 2313 E Philadelphia St, Unit F Ontario, CA 91761 | 2,990.91 | Disputed | Alma or Kevin | 909-930-1466 |
| Rencivil | 25631 B Addison Lane, Murrieta, CA 92562 | 2,802.67 | Contingent | Yolanda | 951-296-1292 |
| KBI | 2685 Dow Ave., Ste B Tustin, CA 92780 | 2,560.00 | Contingent | | 714-832-5777 |
| State Water Resources Control Board | PO Box 1977 Sacramento, CA 95812 | 895.00 | Disputed | | 916-341-5536 |
| Marathon Reprographics | 41571 Corning Place, Ste 112, Murrieta, CA 92562 | 93.75 | Contingent | | 951-677-0097 |

Date: 9/22/09

Debtor

[Declaration as in Form 2]

# MINUTES OF SPECIAL MEETING

## OF

## PONY EXPRESS LAND, PROPERTY & INVESTMENTS, LLC, A CALIFORNIA LIMITED LIABILTIY COMPANY



### Recitation of Authority

A special meeting of PONY EXPRESS LAND, PROPERTY & INVESTMENTS, LLC, a California Limited Liability Company, was held on the date and at the time and place as follow:

    Date:     September 22, 2009
    Place:    Via Telephone
    Time:     11:00 a.m.

David Wakefield served as chairman and secretary of the meeting.

Upon motion duly made, seconded and unanimously carried, it was resolved that by signature of these minutes, notice of time and place of said meeting would be waived and that the minutes would be approved.

### Bankruptcy of Company

    RESOLVED, That David Wakefield, Managing Member and Director of the Company, is hereby authorized to make, execute, acknowledge, verify, seal, and file a petition at any time prior to October 1, 2009, praying that this Company be adjudicated a voluntary bankrupt, and that necessary schedules and other documents accompany the same; to retain counsel in connection with the foregoing; to make necessary arrangements for the payment of counsel fees, expenses, and costs as the situation requires and to do any and all other acts and things to make, execute, acknowledge, verify, seal, deliver and file any and all other instruments, documents, and papers as may be necessary, proper, or advisable in connection with the foregoing.

### Adjournment

There being no further matter to come before the meeting and upon motion duly made, seconded and carried, the meeting adjourned.

Respectfully Submitted,

_____
David Wakefield, Secretary

Central Pacific Bank
PO Box 135010
Honolulu, HI 96801


Riverside County Tax
PO Box 1240
Riverside, CA 92502


Eastern Municipal Water District
PO Box 8301
Perris, CA 92572


Primus Contracting
1409 South 600 West, Ste D
Bountiful, UT 84010


Joyce & Joyce
PO Box 9056
La Jolla, CA 92038


Earl Frazer Construction, Inc
12139 Mt Vernon Ave #210
Grand Terrace, CA 92123


Lipsey, Youngren Means Ogren
525 B Street, Ste 1750,
San Diego, CA 92101


Medical Realty Corporation
24016 Colmar Lane
Murrieta, CA 92562


RGI Utility Consultants
3480 Hamner Ave.
Norco, CA 92860

Land Development Design Corp
2313 E Philadelphia St., Unit F
Ontario, CA 91761


Rencivil
25631 B Addison Lane
Murrieta, CA 92562


KBI
2685 Dow Ave., Ste B
Tustin, CA 92780


State Water Resources Control Board
PO Box 1977
Sacramento, CA 95812


Marathon Reprographics
41571 Corning Place, Ste 112
Murrieta, CA 92562